## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

**WILLIAM LEE HOOD**  **PLAINTIFF**

**v.**  **CIVIL ACTION NO. 1:09-CV-129-M**

**BAKER HUGHES TOOL COMPANY, Inc. et al.**  **DEFENDANTS**

### MEMORANDUM OPINION

By prior Order entered November 30, 2009, this Court directed Plaintiff to pay the requisite $350.00 filing fee for the instant action within 20 days from entry of the Order pursuant to 28 U.S.C. § 1915(g). The Order further advised Plaintiff that failure to pay the filing fee within the time allowed would result in dismissal of this action for failure to prosecute. Review of the record in this action reveals that Plaintiff has failed to pay the requisite $350.00 filing fee. Therefore, by separate Order this Court will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Date:

cc:     Plaintiff, *pro se*

4414.009